**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | |
|---|---|
| **JEAN BERTRAND MEZALON,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| **v.** | )    **Case No. 6:26-cv-03236-MDH** |
| | ) |
| **TODD BLANCHE,** *et al.*, | ) |
| | ) |
| **Respondents.** | ) |

## <u>ORDER OF DISMISSAL</u>

The Court, having reviewed Respondent's Motion to Dismiss for Mootness (Doc. 6) and Petitioner's Non-Opposition to Motion to Dismiss (Doc. 7) finds that Petitioner has been released from custody, and Respondents returned Petitioner's identity documents. As such, there is no longer a case or controversy for the Court to retain Article III jurisdiction in this matter. The Court therefore will **GRANT** Respondent's Motion to Dismiss for Mootness. The parties are to bear their own fees, costs, and expenses.

**IT IS SO ORDERED**.

DATED: April 28, 2026

                                     * /s/ Douglas Harpool*
                                       **DOUGLAS HARPOOL**
                                       **UNITED STATES DISTRICT JUDGE**